[No. 3876–9–III.   Division Three.   December 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR LERMA, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3275, Randolph S. Palmer, J. Pro Tem., entered March 12, 1980. *Affirmed* by unpublished opinion

per McInturff, C.J., concurred in by Green and Munson, JJ.